IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACOB SHWEIKI, Trustee for<br>G.E.O. TRUST<br>　　*Plaintiff,*<br><br>v.<br><br>ALLIED PROPERTY and CASUALTY<br>INSURANCE COMPANY<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:22-cv-00758 |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order[1] and Local Rule CV-88, Plaintiff Jacob Shweiki, Trustee for G.E.O. Trust ("Plaintiff") and Defendant Allied Property and Casualty Insurance Company ("Defendant") (collectively, the "Parties"), file this Joint Alternative Dispute Resolution Report, respectfully showing the Court as follows:

## INFORMATION REQUIRED BY RULE CV-88

1. **Status of Settlement Negotiations.** As required by the Court's Scheduling Order, Plaintiff will submit a written offer of settlement on or before December 28, 2022. Defendant will respond on or before January 12, 2023 in accordance with the Court's Scheduling Order.

2. **Identity of the person responsible for settlement negotiations.** Plaintiff's counsels, Robert W. Loree and Trevis R. Loree, and Defendant's counsels, Patrick M. Kemp and Robert G. Wall, are responsible for settlement negotiations.

3. **Whether alternative dispute resolution is appropriate in this case.** The Parties agree ADR is appropriate for this case, and that mediation is the method most likely to result in a mutually agreeable resolution of the Parties' dispute.

---

[1] Doc. No. 8.

    4.    **Timing for alternative dispute resolution.** The parties plan to complete mediation by the July 5, 2023 dispositive motions deadline.

    5.    **Name of alternative dispute resolution provider.** The parties agree to mediate with Donald R. Philbin, Jr. Mr. Philbin's phone number is (210) 212-7100, and his address is PO Box 12367 San Antonio, Texas 78212. Mr. Philbin's fee will be split equally by the parties.

Respectfully submitted,

| | |
|---|---|
| */s/ Trevis R. Loree w/ permission PMK* | */s/ Patrick M. Kemp* |
| Robert W. Loree | Patrick M. Kemp |
| Texas Bar No. 12579200 | Texas Bar No. 24043751 |
| rob@lhllawfirm.com | pkemp@smsm.com |
| Trevis R. Loree | Robert G. Wall |
| Texas Bar No. 24129235 | Texas Bar No. 24072411 |
| trevis@lhllawfirm.com | rwall@smsm.com |
| Loree & Lipscomb | Segal McCambridge Singer & Mahoney |
| The Terrace at Concord Park | 100 Congress Avenue, Suite 800 |
| 777 E. Sonterra Blvd, Suite 320 | Austin, Texas 78701 |
| San Antonio, Texas 78258 | (512) 476-7834 |
| (210) 404-1320 | (512) 476-7832 – Facsimile |
| (210) 404-1310 - Facsimile | |
| | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY** |

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 28th day of December, 2022 to

    Robert W. Loree
    Trevis R. Loree
    Loree & Lipscomb
    777 E. Sonterra Blvd., Ste. 320
    San Antonio, Texas 78258
    rob@lhlawfirm.com
    trevis@lhllawfirm.com

                              */s/ Patrick M. Kemp*
                              Patrick M. Kemp