| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>July 19, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

JACOB SHWEIKI, TRUSTEE FOR G.E.O §
TRUST §
§
vs. §   NO: SA:22-CV-00758-OLG
§
ALLIED PROPERTY AND CASUALTY §
§
INSURNACE COMPANY §

## ORDER RESETTING JURY SELECTION/ TRIAL AND PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION/TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, January 22, 2024 at 9:30 AM**. All parties and counsel must appear.

IT IS FURTHER ORDERED that the **PRETRIAL CONFERENCE** is reset for **Wednesday, January 17, 2024 at 10:30 A.M.** at the same location.

IT IS SO ORDERED this  19th  day of July, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE